IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) 2:05cr80 |
| | ) |
| RICHARD EUGENE WOOD, JR, | ) |
| Defendant. | ) |

## PLEA

AND NOW, the defendant, Richard Eugene Wood, Jr., in the above entitled case hereby withdraws his plea of NOT GUILTY entered April 13, 2005, and now pleads GUILTY to count(s) 3 only, in open court this 12th day of August, 2005.

_____
Defendant

_____
Attorney