PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## FOR
## WESTERN DISTRICT OF PENNSYLVANIA

**PETITION FOR WARRANT OR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION**

Name of Offender:     Richard Eugene Wood           Case Number:     0315 2:05CR00080

Name of Sentencing Judicial Officer:  The Honorable Terrence F. McVerry

Date of Original Sentence:        November 7, 2005

Original Offense:  Conspiracy to Possess with Intent to Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Cocaine.

Original Sentence: 60 months imprisonment with credit for time served; 5 years supervised release

Special Conditions:
- Shall not commit another federal, state or local crime.
- Shall not illegally possess a controlled substance.
- Shall not possess a firearm or destructive device, or any other dangerous weapon.
- Shall refrain from the unlawful use of a controlled substance.
- Shall participate in a program of substance abuse testing and, if necessary, treatment for substance abuse.

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/02/2009

Assistant U.S. Attorney: Michael Comber      Defense Attorney: W. Penn Hackney

Prior Court History: 6/8/10: Conditions modified to include 90 days EMON and participation in a mental health treatment program.

---

### PETITIONING THE COURT

☒ To Issue a Warrant to be lodged as a detainer
☐ To Schedule a Show Cause Hearing
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S):

**SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.**

Richard Wood
Page 2

NATURE OF VIOLATION

      The offender was recently indicted at Criminal Number 13-58. According to the indictment, the offender did knowingly and intentionally conspire to Possess with the Intent to Distribute and Distribute One (1) Kilogram or More a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I controlled substance. An initial appearance is scheduled before The Honorable Robert D. Mitchell on March 14, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: _____
Christina Knox
United States Probation Officer

Approved By: _____
Wendy M. Brown
Supervising U.S. Probation Officer

Date: 3/14/2013

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant to be lodged as a detainer,
   and: ☐ No Bond is set
       ☐ Bond is set at _____
       ☒ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Court Room no. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.
☐ Other

s/ Terrence F. McVerry
SIGNATURE OF JUDICIAL OFFICER

March 15, 2013
DATE