IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | )    2:05-cr-80 |
| v. | ) |
| | ) |
| RICHARD EUGENE WOOD, JR., | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 21st day of August, 2014, after a hearing in open Court, the Court finds that defendant has violated the conditions of his supervised release as set forth in the judgment order of conviction of March 14, 2013. As charged in the PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE (Document No. 46) and the SUPPLEMENTAL PETITIONS (Document Nos. 57 & 62) the Court finds that defendant violated the terms of supervision by having been convicted at CR 13-58 of possession with intent to distribute heroin. This violation constitutes a Grade A violation under U.S.S.G. § 7B1.1.

Accordingly, **IT IS ORDERED** that the term of supervised release imposed in the judgment order of conviction of March 13, 2013, be, and the same is hereby, **REVOKED** and defendant is hereby committed to the custody of the Bureau of Prisons for a term of eighteen (18) months to be served consecutively to the term of imprisonment imposed at CR 13-58 to be followed by a new term of supervised release of three (3) years to be served concurrently with term of supervised release at CR 13-58. All other provisions of the judgment order of conviction of March 14, 2013 are to remain in full force and effect.

BY THE COURT:

s/  Terrence F. McVerry
Senior United States District Court Judge

cc: **Eric Rosen, AUSA**
Email: eric.rosen@usdoj.gov

**Thomas W. Brown, Esquire**
Email: montour@aol.com

**Probation Office**

**U.S. Marshal's Office**