PROB 12C
(PAWP 7/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Richard Wood | Docket No.:2:05CR00080 |
| Sentencing Judge: | Thomas M. Hardiman, United States Circuit Judge | |
| Assigned Judge: | Terrence F. McVerry, Senior United States District Court Judge | |
| Date of Original Sentence: | November 7, 2005 | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Cocaine | |
| Original Sentence: | 60 months of imprisonment; 60 months of supervised release | |
| Special conditions: | Special Assessment, Substance Abuse Testing, DNA testing, Supervision Level High, Location Monitoring Program, Mental Health Treatment, Drug Treatment | |
| Type of Supervision: | Supervised release | Date Supervision Commenced: August 9, 2016 |
| Prior Court History: | Date of Revocation: August 21, 2014 | |
| Revocation Sentence: | 18 Months of Bureau of Prisons; 36 Months of Supervised Release | |

### PETITIONING THE COURT

☒ To Issue a Warrant to be lodged as a detainer
☐ Petition and Warrant sealed until arrest
☐ To Schedule a Show Cause Hearing
☒ No Bond is set
☐ To Issue a Summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

**The defendant shall not commit another Federal, state, or local crime.**

**The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by a probation officer.**

**The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

**The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.**

Offender: Richard Wood
Docket No.:2:05CR00080
Page 2

VIOLATION NUMBER   NATURE OF NONCOMPLIANCE

On January 8, 2019, a grand jury seated in the Western District of Pennsylvania returned an indictment charging the defendant with the Conspiracy to Possess with Intent to Distribute and Distribute Schedule I, II, and III Controlled Substances in violation of 21 U.S.C. §846. This was captioned at Docket Number 2:19CR00008.

The defendant has failed to provide any verification of legitimate employment since being placed on supervision with the undersigned probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,   **Christina Ferri**   Christina Ferri
2019.01.11
08:42:42 -05'00'

By: _____

Christina Ferri
U.S. Probation Officer

Approved By:   **Tara Kessler**   Tara Kessler
2019.01.10 17:32:18 -05'00'

Tara Kessler
Supervisory U.S. Probation Officer

Date: _____
1/10/2019

**THE COURT ORDERS:**

☐ No Action

☑ The Issuance of a Warrant and:

    ☐ Petition and Warrant sealed until arrest

    ☑ No Bond is set

    ☐ Bond is set at _____

    ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised releasee) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
United States District Judge

_____
Date