# Worgul, Sarna and Ness LLC

Michael V. Worgul, Esq.   *Managing Partner*
Samir Sarna, Esq.         *Partner*
Matthew Ness, Esq.        *Partner*

Phone: (412) 737-7314
Fax: (412) 402-5000

429 Fourth Ave. STE 1700
Pittsburgh, PA 15219

February 1, 2019

Notice of Appearance

Re: USA v. Richard Eugene Wood, Jr.
No: 2:05-cr-00080-NBF

To whom it may concern,

    I, Attorney Samir Sarna, herby enter my appearance for Richard Eugene Wood, Jr., on the case captioned at 2:05-cr-00080-NBF .

Sincerely,

*[signature]*

Samir Sarna, Esquire